UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 25-cr-44-JL-AJ-01 |
| ) | |
| v. ) | |
| ) | |
| TANYA HUNTER ) | |
| ) | |

## INDICTMENT

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 922(a)(6) – False Statement in
Connection with the Acquisition of a Firearm]

On or about December 20, 2023, in the District of New Hampshire, the defendant,

**TANYA L. HUNTER**

in connection with the purchase of a firearm—namely, a Glock, Model 23, Gen5, .40 caliber, semi-automatic pistol bearing serial number CBBS061—knowingly made a false and fictitious written statement to personnel at Pete's Gun and Tackle, a federally licensed firearms dealer, that was likely to deceive as to a fact material to the lawfulness of HUNTER's acquisition of a firearm; HUNTER falsely represented that she was the actual transferee/buyer of the aforementioned firearm listed on the Firearms Transaction Record, ATF form 4473 (hereinafter, "form 4473") when, in fact, she was not the actual transferee/buyer of the firearm listed on the form 4473.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

Dated:  May 7, 2025                                      A TRUE BILL

                                                         /s/ Foreperson
                                                         FOREPERSON

JOHN J. MCCORMACK
ACTING UNITED STATES ATTORNEY

/s/ John W. Howard
By: John W. Howard
Special Assistant U.S. Attorney